**FILED**
UNITED STATES DISTRICT COURT
ALBUQUERQUE, NEW MEXICO

OCT 1 2 2010

MATTHEW J. DYKMAN
CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

Plaintiff(s),

-vs-                                        Civil No. _10 CV 965 GWB/LFG_

Defendant(s).

### CONSENT TO PROCEED / REFUSAL TO CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE

In accordance with 28 U.S.C. § 636(c) and Rule 73(b) of the Federal Rules of Civil Procedure, the above-entitled action has been assigned to United States Magistrate Judge:

_GWB / LFG_

to conduct all proceedings in this case, including trial, entry of final judgment, and all post-judgment proceedings. Exercise of this jurisdiction by a U. S. Magistrate Judge is permitted only if all parties consent. Indicate below if you consent to the assignment or if you refuse to consent:

☐ **Consent**                                    ☒ **Refuse**

_____           _Edward O'Finnegan, Plaintiff, Pro Se'_
Party(s)                                         Party(s)

_____           _Edward O'Finnegan_      12 oct 2010
Signature            Date                        Signature                Date

**Return this form to the Clerk's Office within 21 days of receipt if you are a *pro se* litigant.** If you are an attorney/e-filer, please visit our Web site at www.nmcourt.fed.us for e-filing instructions. If consent by each party is not received within 21 days, the matter will be reassigned to a district judge who will serve as the presiding judge.

DNM (Rev. 12/09) Consent/Refusal to MJ