IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

EDWARD O'FINNEGAN,

    Plaintiff,

vs.                                           Case No.: CV 10-965 GBW/LFG

CAPITAL ONE AUTO FINANCE,

    Defendant.

## M I N U T E   O R D E R

Pursuant to the filing of a refusal to consent to proceed before a U.S. Magistrate Judge, please be advised that the above-captioned case has been randomly reassigned to U.S. District Court Judge William P. Johnson as Presiding Judge.

> "In accordance with D.N.M.LR.Civ. 10.1 'the first page of each paper must have the case file number and initials of the assigned judges.' **Failure to include the initials of the newly-assigned judge may result in untimely receipt of pleadings and subsequent delay of rulings by the newly-assigned judge.**"

Kindly reflect this change when submitting further pleadings for this case as:

CASE NUMBER **CV 10-965 WJ/LFG**.

-------------------------------
Clerk of the Court