IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

EDWARD O'FINNEGAN,

    Plaintiff,

v.                              No. 10-CIV-965 WJ/LFG

CAPITAL ONE AUTO FINANCE,

    Defendant.

## ENTRY OF APPEARANCE

Stan Harris of the law firm Modrall, Sperling, Roehl, Harris & Sisk, P.A. hereby enters his appearance, and the appearances of Kevin D. Quigley and John Craiger of the law firm Quarles & Brady LLP, on behalf of Defendant Capital One Auto Finance.

Kevin D. Quigley and John Craiger have associated with Stan Harris in accordance with D.N.M.LR-Civ. 83.3. Mr. Harris has verified that Messrs Quigley and Craiger are members in good standing of the State Bar of Arizona.

                                            QUARLES & BRADY LLP
                                            Kevin D. Quigley (kquigley@quarles.com)
                                            John Craiger (jcraiger@quarles.com)
                                            One Renaissance Square
                                            Two North Central Avenue
                                            Phoenix, AZ 85004
                                            (602) 229-5200
                                            Fax (602) 229-5690

and

MODRALL SPERLING ROEHL
 HARRIS & SISK, P.A.

*Electronically Filed*

By  /s/ Stan N. Harris
Stan N. Harris (sharris@modrall.com)
P. O. Box 2168
Albuquerque, NM 87103
(505) 848-1800
Fax (505) 449-2006

**ATTORNEYS FOR DEFENDANT CAPITAL
 ONE AUTO FINANCE**

WE HEREBY CERTIFY that on the 30th day of November, 2010, we filed the foregoing electronically through the CM/ECF system, which caused the following counsel to be served by electronic means, as more fully reflected on the Notice of Electronic Filing:

Edward O'Finnegan, Pro Se Plaintiff (Edward.OFinnegan@gmail.com)

MODRALL SPERLING ROEHL
 HARRIS & SISK, P.A.


By  /s/ Stan N. Harris
Stan N. Harris
Attorneys for Defendant Capital
 One Auto Finance

K:\DOX\CLIENT\82981\0007\W1354496.DOCX