IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

EDWARD O'FINNEGAN,

    Plaintiff,

v.                                                                                                     No. 10-CIV-965 WJ/LFG

CAPITOL ONE AUTO FINANCE,

    Defendant.

**DEFENDANT CAPITAL ONE BANK**
**N.A. 'S RULE 7.1 DISCLOSURE STATEMENT**

    Defendant CAPITAL ONE BANK (USA), N.A. ("Capital One"), by and through undersigned counsel, respectfully submits this disclosure statement in compliance with Rule 7.1 of the Federal Rules of Civil Procedure, which requires that a nongovernmental corporate party to an action in a district court file a statement identifying any parent corporation and any publicly held corporation that owns ten percent or more of its stock, if applicable.  Pursuant to Rule 7.1, Defendant Capital One states as follows:

    (a)    Defendant Capital One Bank, N.A., is a wholly-owned subsidiary of Capital One Financial Corporation, which is a publicly-held company.

    (b)    No publicly-held corporation beneficially owns 10% or more of Capital One Financial Corporation.

        QUARLES & BRADY LLP
        Kevin D. Quigley (kquigley@quarles.com)
        John Craiger (jcraiger@quarles.com)
        One Renaissance Square
        Two North Central Avenue
        Phoenix, AZ 85004
        (602) 229-5200
        Fax (602) 229-5690

        and

        MODRALL SPERLING ROEHL
         HARRIS & SISK, P.A.

        *Electronically Filed*

        By_____/s/ Stan  N. Harris, Attorney at Law_____
        Stan N. Harris (sharris@modrall.com)
        P. O. Box 2168
        Albuquerque, NM 87103
        (505) 848-1800
        Fax (505) 449-2006

        **ATTORNEYS FOR DEFENDANT CAPITAL**
         **ONE AUTO FINANCE**

WE HEREBY CERTIFY that on the 30th day of November, 2010, we filed the foregoing electronically through the CM/ECF system, which caused the following counsel to be served by electronic means, as more fully reflected on the Notice of Electronic Filing:

Edward O'Finnegan, Pro Se Plaintiff (Edward.OFinnegan@gmail.com)

MODRALL SPERLING ROEHL
  HARRIS & SISK, P.A.


By_____/s/ Stan N. Harris_____
Stan N. Harris
Attorneys for Defendant Capital
  One Auto Finance


K:\dox\client\82981\0007\W1354465.DOC