**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO**

EDWARD O'FINNEGAN,

        Plaintiff,

v.                                                  No. 10-CIV-965 WJ/LFG

CAPITAL ONE AUTO FINANCE, INC.

        Defendant.

## AMENDED ENTRY OF APPEARANCE

      Stan Harris of the law firm Modrall, Sperling, Roehl, Harris & Sisk, P.A. hereby enters his appearance, and the appearances of Kevin D. Quigley and John Craiger of the law firm Quarles & Brady LLP, on behalf of Defendant Capital One Auto Finance, Inc.

      Kevin D. Quigley and John Craiger have associated with Stan Harris in accordance with D.N.M.LR-Civ. 83.3.  Mr. Harris has verified that Messrs Quigley and Craiger are members in good standing of the State Bar of Arizona.

                        QUARLES & BRADY LLP
                        Kevin D. Quigley (kquigley@quarles.com)
                        John Craiger (jcraiger@quarles.com)
                        One Renaissance Square
                        Two North Central Avenue
                        Phoenix, AZ 85004
                        (602) 229-5200
                        Fax (602) 229-5690

and

MODRALL SPERLING ROEHL
  HARRIS & SISK, P.A.

*Electronically Filed*

By_____/s/ Stan N. Harris, Attorney at Law_____
Stan N. Harris (sharris@modrall.com)
P. O. Box 2168
Albuquerque, NM 87103
(505) 848-1800
Fax (505) 449-2006

**ATTORNEYS FOR DEFENDANT CAPITAL
  ONE AUTO FINANCE, INC.**

WE HEREBY CERTIFY that on the 1st day of December, 2010, we filed the foregoing electronically through the CM/ECF system, which caused the following counsel to be served by electronic means, as more fully reflected on the Notice of Electronic Filing:

Edward O'Finnegan, Pro Se Plaintiff (Edward.OFinnegan@gmail.com)

MODRALL SPERLING ROEHL
  HARRIS & SISK, P.A.


By_____/s/ Stan N. Harris_____
Stan N. Harris
Attorneys for Defendant Capital
  One Auto Finance, Inc.

K:\dox\client\82981\0007\W1377745.DOCX