IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

EDWARD O'FINNEGAN,

    Plaintiff,

v.                                                     No. 10-CIV-965 WJ/LFG

CAPITOL ONE AUTO FINANCE, INC.

    Defendant.

## WITHDRAWAL OF NOTICE OF COMPLETION

    Defendant, Capital One Auto Finance by its attorneys Modrall, Sperling, Roehl, Harris & Sisk, P.A. and Quarles & Brady LLP hereby withdraws its Notice of Completion of Briefing filed December 22, 2010 (Doc. 12).  Upon electronic receipt of the Notice of Completion, Plaintiff contacted Defendant's counsel and represented that he had not received a copy of the Motion to Dismiss (Doc. 6) that is the subject of the Notice of Completion.  Consequently, Defendant's counsel has agreed that the deadline to respond to the Motion to Dismiss is January 7, 2011.

                                                                 QUARLES & BRADY LLP
                                                                 Kevin D. Quigley (kquigley@quarles.com)
                                                                 John Craiger (jcraiger@quarles.com)
                                                                 One Renaissance Square
                                                                 Two North Central Avenue
                                                                 Phoenix, AZ 85004
                                                                 (602) 229-5200
                                                                 Fax (602) 229-5690

    and

    MODRALL SPERLING ROEHL
     HARRIS & SISK, P.A.

    *Electronically Filed*

    By     /s/ Stan N. Harris, Attorney at Law
    Stan N. Harris (sharris@modrall.com)
    P. O. Box 2168
    Albuquerque, NM 87103
    (505) 848-1800
    Fax (505) 449-2006

    **ATTORNEYS FOR DEFENDANT CAPITAL**
     **ONE AUTO FINANCE, INC.**

I HEREBY CERTIFY that on the 21st day of December, 2010, I filed the foregoing electronically through the CM/ECF system.

AND I FURTHER CERTIFY that on such date I served the foregoing on the following non-CM/ECF Participant via first-class mail, postage prepaid addressed as follows:

Edward O'Finnegan
1014 Washington Street, SE
Albuquerque, NM 87108

MODRALL SPERLING ROEHL
 HARRIS & SISK, P.A.


By     /s/ Stan N. Harris
Stan N. Harris
Attorneys for Defendant Capital
 One Auto Finance, Inc.


K:\dox\client\82981\0007\W1393061.DOC

2

QB\191108.00131\11888175.1