AO 440 (Rev. 12/09) Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

FILED
UNITED STATES DISTRICT COURT
DISTRICT OF NEW MEXICO

11 JAN -7 PM 2: 53

CLERK-ALBUQUERQUE

This summons for *(name of individual and title, if any)* Capital One Auto Finance
was received by me on *(date)* 10/20/10 .

☐ I personally served the summons on the individual at *(place)* _____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____ , a person of suitable age and discretion who resides there, on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is designated by law to accept service of process on behalf of *(name of organization)* _____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☒ Other *(specify)*: Summons + Citation was mailed certified mail on 10/27/10
# 7196 9005 3830 3304 7199

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: 10/27/10

_____
Server's signature

Sonia Davis Process Server SCH2875
Printed name and title

P.O. Box 763157, Dallas, TX 75370
Server's address

Additional information regarding attempted service, etc:

10:32 am
Monday, 10-25-10 Service was attempted at 3705 N Dallas Pkwy, Plano TX 75093. Process server was made aware that as of January 2007 all service is to be mailed to CSC in Richmond, VA. CSC is authorized by Capital One Auto Finance to receive civil process.

**UNITED STATES**
**POSTAL SERVICE**

Home | Help | Sign In

Track & Confirm    FAQs

# Track & Confirm

### Search Results

Label/Receipt Number: **7196 9005 8830 3304 7199**
Expected Delivery Date: **October 30, 2010**
Class: **First-Class Mail®**
Service(s): **Certified Mail™**
Status: **Delivered**

Your item was delivered at 10:08 am on November 01, 2010 in RICHMOND, VA 23219.

Information on this item has been restored from offline files and will be available online for 30 days from 01/07/2011.

Detailed Results:

- **Delivered, November 01, 2010, 10:08 am, RICHMOND, VA 23219**
- **Acceptance (APC), October 27, 2010, 10:08 am, PLANO, TX 75023**

Track & Confirm

Enter Label/Receipt Number.

Go >


