IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

EDWARD O'FINNEGAN,

    Plaintiff,

v.                                                                              No. 10-CIV-965 WJ/LFG

CAPITOL ONE AUTO FINANCE, INC.

    Defendant.

## CERTIFICATE OF SERVICE

WE HEREBY CERTIFY that pursuant to Fed.R.Civ.P. 26(a)(1), Defendant Capital One Auto Finance, Inc.'s Initial Disclosures are being served upon Plaintiff Pro Se, Edward O'Finnegan by e-mail at Edward.OFinnegan@gmail.com and via first-class mail at 1014 Washington Street, SE, Albuquerque, NM 87108, this 20th day of January, 2011, by John Craiger, Quarles & Brady LLP, One Renaissance Square, Two North Central Avenue, Phoenix, AZ 85004.

                                                              QUARLES & BRADY LLP
                                                              Kevin D. Quigley (kquigley@quarles.com)
                                                              John Craiger (jcraiger@quarles.com)
                                                              One Renaissance Square
                                                              Two North Central Avenue
                                                              Phoenix, AZ 85004
                                                              (602) 229-5200
                                                              Fax (602) 229-5690

and

MODRALL SPERLING ROEHL
HARRIS & SISK, P.A.

*Electronically Filed*

By    /s/ Stan N. Harris, Attorney at Law
Stan N. Harris (sharris@modrall.com)
P. O. Box 2168
Albuquerque, NM 87103
(505) 848-1800
Fax (505) 449-2006

**ATTORNEYS FOR DEFENDANT CAPITAL
ONE AUTO FINANCE, INC.**

I HEREBY CERTIFY that on the 20th day of January, 2011, I filed the foregoing electronically through the CM/ECF system.

AND I FURTHER CERTIFY that on such date I served the foregoing on the following non-CM/ECF Participant via first-class mail, postage prepaid addressed as follows:

Edward O'Finnegan
1014 Washington Street, SE
Albuquerque, NM 87108

MODRALL SPERLING ROEHL
HARRIS & SISK, P.A.


By    /s/ Stan N. Harris
Stan N. Harris
Attorneys for Defendant Capital
One Auto Finance, Inc.


K:\dox\client\82981\0007\W1402945.DOC

2