# UNITED STATES DISTRICT COURT

333 Lomas Blvd., N.W. - Suite 680
Albuquerque, New Mexico  87102

| | |
|---|---|
| LORENZO F. GARCIA<br>United States Magistrate Judge | 505-348-2320<br>FAX: 348-2324 |

January 21, 2011

RE:    **CIV 10-965 WJ/LFG -** *O'Finnegan v. Capital One Auto Finance*

A Rule 16 scheduling conference was conducted in the above matter by Magistrate Judge Lorenzo F. Garcia on Friday, January 21, 2011 at 10:00.

PLAINTIFF:            Edward O'Finnegan, *pro se*

FOR DEFENDANT:    John Craiger, Esq.
                     Stanley N. Harris, Esq.

1 hr 5 min