IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

EDWARD O'FINNEGAN,

          Plaintiff,

  vs.                                      No. CIV  10-965 WJ/LFG

CAPITAL ONE AUTO FINANCE,

          Defendant.

## ORDER ADOPTING JOINT STATUS REPORT
## AND PROVISIONAL DISCOVERY PLAN

THIS MATTER came before the Court on a Rule 16 scheduling conference. Following a review of the parties' Joint Status Report and Provisional Discovery Plan filed January 18, 2011 [Doc. 16], the Court adopts the Joint Status Report and Provisional Discovery Plan as modified by the dates designated in the Court's Scheduling Order filed January 24, 2011 [Doc. 19], except that each party may serve the other party with 25 interrogatories, 25 requests for admission and 25 requests for production.

_____
Lorenzo F. Garcia
United States Magistrate Judge