IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

EDWARD O'FINNEGAN,

    Plaintiff,

v.   No. 10-CIV-965 WJ/LFG

CAPITOL ONE AUTO FINANCE, INC.

    Defendant.

## STIPULATION AS TO DAMAGES

Plaintiff Edward O'Finnegan ("Plaintiff") and Defendant Capital One Auto Finance ("Defendant") hereby stipulate and agree as follows:

1. Plaintiff is not seeking and will not seek physical or emotional damages as part of his claims in this lawsuit.

2. Plaintiff will not seek to introduce at the trial in this lawsuit any evidence regarding or related to his physical or emotional state.

3. Plaintiff will not ask for and will not accept in this lawsuit any award for physical or emotional damages.

    *Electronic Approval 1/31/11*
Edward O'Finnegan
PRO SE PLAINTIFF
1014 Washington Street, SE
Albuquerque, NM 87108

QUARLES & BRADY LLP
Kevin D. Quigley (kquigley@quarles.com)
John Craiger (jcraiger@quarles.com)
One Renaissance Square
Two North Central Avenue
Phoenix, AZ 85004
(602) 229-5200
Fax (602) 229-5690

        and

        MODRALL SPERLING ROEHL
         HARRIS & SISK, P.A.

        *Electronically Filed*

        By /s/ Stan N. Harris, Attorney at Law
        Stan N. Harris (sharris@modrall.com)
        P. O. Box 2168
        Albuquerque, NM 87103
        (505) 848-1800
        Fax (505) 449-2006

        ATTORNEYS FOR DEFENDANT CAPITAL
         ONE AUTO FINANCE, INC.

I HEREBY CERTIFY that on the 31st day of January, 2011, I filed the foregoing electronically through the CM/ECF system.

AND I FURTHER CERTIFY that on such date I served the foregoing on the following non-CM/ECF Participant via first-class mail, postage prepaid addressed as follows:

Edward O'Finnegan
1014 Washington Street, SE
Albuquerque, NM 87108

MODRALL SPERLING ROEHL
 HARRIS & SISK, P.A.


By    /s/ Stan N. Harris
Stan N. Harris
Attorneys for Defendant Capital
 One Auto Finance, Inc.

K:\dox\client\82981\0007\W1408176.DOCX