IN THE UNITED STATES DISTRICT COURT FILED
FOR DISTRICT OF NEW MEXICO UNITED STATES DISTRICT COURT
DISTRICT OF NEW MEXICO

| | |
|---|---|
| Edward O'Finnegan, | CIVIL ACTION     11 FEB -1  PM 3: 23 |
| Plaintiff, ProSe' | NUMBER 2010-CV-965 |
| -versus- | JUDGE WJ / LFG    CLERK-ALBUQUERQUE |
| CAPITAL ONE AUTO FINANCE, | TRIAL BY JURY DEMANDED |
| Defendant | |

## CERTIFICATE OF SERVICE

I, the Plaintiff, Edward O'Finnegan, Pro'Se, does hereby certify that a copy of the Initial Disclosures & Initial Settlement Offer was sent to the Defendant Capital One Auto through their attorneys of record Stan Harris, Modrall Sperling, 500 Fourth St NW, Suite 1000, Albuquerque, NM 87102, and Kevin D. Quigley & John Craiger, Quarles & Brady LLP, Two North Central Ave, Phoenix, AZ 85004 for the purpose of satisfying the requirement for Notice and Service. Serviced was sent via E-Mail on 31.01.2011 and by Certified Mail on 1.02.2011, pursuant to Federal Rules of Civil Procedure 4 (c) (2) (c) (i).

Edward O'Finnegan, Plaintiff ProSe'
1014 Washington St SE
Albuquerque, NM 87108
Edward.OFinnegan@gmail.com
505.688.4530

## CERTIFICATE OF SERVICE

I, the Plaintiff, Edward O'Finnegan, Pro'Se, does hereby certify that this Certificate of Service was sent to the Defendant Capital One Auto through their attorneys of record Stan Harris, Modrall Sperling, 500 Fourth St NW, Suite 1000, Albuquerque, NM 87102, and Kevin D. Quigley & John Craiger, Quarles & Brady LLP, Two North Central Ave, Phoenix, AZ 85004 for the purpose of satisfying the requirement for Notice and Service.  Serviced was sent via Electronic Delivery through the CM/ECF Court System, pursuant to Federal Rules of Civil Procedure 4 (c) (2) (c) (i). This will be available to any and all PACER ECF participants and will serve as Notice and Service to Defendant and Defendants Counsel.

Edward O'Finnegan, Plaintiff ProSe'
1014 Washington St SE
Albuquerque, NM 87108
Edward.OFinnegan@gmail.com
505.688.4530