IN THE UNITED STATES DISTRICT COURT
FOR DISTRICT OF NEW MEXICO

| | |
|---|---|
| Edward O'Finnegan, | CIVIL ACTION |
| Plaintiff, ProSe' | NUMBER 2010-CV-965 |
| -versus- | Judge WJ / LFG |
| CAPITAL ONE AUTO FINANCE, | TRIAL BY JURY DEMANDED |
| Defendant | |

## STATEMENT OF DAMAGES

FCRA Violations
   As per the Plaintiff's Initial Complaint (Exhibit A),
   for each month from July 2010 – March 2011, 9 months
   Count I – XVI (lines #37 – 50) @ $4,000 each month ............................ $ 36,000
   Count XVII – XXXII (lines #51 – 68) @ each month ............................. 36,000
   Count XXXIII – XLIV (lines #69 – 82) @ $4,000 each month ............... 36,000
   Count L – LXV (lines #83 – 100) @ $4,000 each month ........................ 36,000
TCPA Violations
   As per the Plaintiff's Initial Complaint (Exhibit A)
   Count LXVI – CXXIII (lines #101 – 180) ............................................... 87,000
   Count CXXIV – CLXXXI (lines #180 – 194) .......................................... 87,000

Clerk's Fee............................................................................................................... 350
Process Server Fee.................................................................................................... 60
Total (as of March 2011)................................................................................ $ 318,410


ATTACHED EXHIBITS:
   A) INITIAL COMPLAINT
   B) PROOF OF SERVICE
   C) PACER DOCKET
   D) CERTIFICATE OF SERVICE, for document #6
   E) CERTIFICATE OF SERVICE, for documents #7, 8, 9, 10, & 12


*Edward O'Finnegan*
Edward O'Finnegan, Plaintiff ProSe'
1014 Washington St SE
Albuquerque, NM 87108

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the forgoing document has been served upon the Defendants Attorneys Stan N. Harris of Modrall Sperling, and Kevin D. Quigley and John Craiger of Quarles & Brady LLP, through the Courts electronic CM/ECF system, on or about the date of this filing with the Court Clerk.

*Edward O'Finnegan*

Edward O'Finnegan, Plaintiff ProSe'
1014 Washington St SE
Albuquerque, NM 87108