**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW MEXICO**

EDWARD O'FINNEGAN,

      Plaintiff,

v.                               No. 10-CIV-965 WJ/LFG

CAPITOL ONE AUTO FINANCE, INC.

      Defendant.

**CERTIFICATE OF SERVICE**

WE HEREBY CERTIFY that Defendant Capital One Auto Finance, Inc.'s First Requests for Admission, First Interrogatories, and First Requests for Production to Plaintiff are being served upon Plaintiff Pro Se, Edward O'Finnegan by first-class mail at 1014 Washington Street, SE, Albuquerque, NM 87108, this 6th day of April, 2011.

QUARLES & BRADY LLP
Kevin D. Quigley (kquigley@quarles.com)
John Craiger (jcraiger@quarles.com)
One Renaissance Square
Two North Central Avenue
Phoenix, AZ 85004
(602) 229-5200
Fax (602) 229-5690

and

MODRALL SPERLING ROEHL
 HARRIS & SISK, P.A.

*Electronically Filed*

By____/s/ Stan N. Harris, Attorney at Law_____
Stan N. Harris (sharris@modrall.com)
P. O. Box 2168
Albuquerque, NM 87103
(505) 848-1800
Fax (505) 449-2006

2

**ATTORNEYS FOR DEFENDANT CAPITAL
ONE AUTO FINANCE, INC.**


I HEREBY CERTIFY that on the 6th day of April, 2011, I filed the foregoing electronically through the CM/ECF system.

AND I FURTHER CERTIFY that on such date I served the foregoing on the following non-CM/ECF Participant via first-class mail, postage prepaid addressed as follows:

Edward O'Finnegan
1014 Washington Street, SE
Albuquerque, NM 87108

MODRALL SPERLING ROEHL
 HARRIS & SISK, P.A.


By_____/s/ Stan N. Harris_____
Stan N. Harris
Attorneys for Defendant Capital
 One Auto Finance, Inc.


K:\dox\client\82981\0007\W1441751.DOC