IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

EDWARD O'FINNEGAN,

        Plaintiff,

vs.                                                                        CIVIL NO.  10-965 WJ/LFG

CAPITAL ONE AUTO FINANCE,

        Defendant.

## ORDER SETTING RULE 16 SETTLEMENT CONFERENCE

In an effort to facilitate a final disposition of this case, a mandatory settlement conference will be conducted in accord with provisions of the Federal Rules of Civil Procedure 16(a)(5) on **Monday, June 13, 2011** beginning at **9:00** in Suite 680, 333 Lomas Blvd., N.W., Albuquerque, New Mexico.  Please set aside the greater part of the day for this conference.

The parties or designated representative, other than counsel of record, with final settlement authority must be present.  Similarly, counsel who will try the case must attend.  Any requests to excuse a party or trial counsel from the settlement conference must be presented to the Court in writing.  Prior to the conference, counsel shall confer with one another in a good-faith effort to resolve the litigation.

Confidential settlement position statements <u>are required</u> and must be submitted no later than five (5) working days prior to the conference.

Please check in with chambers staff before proceeding to the conference room.

                                                                       *Lorenzo F. Garcia*
                                                                      Lorenzo P. Garcia
                                                                       United States Magistrate Judge

PLEASE DIRECT ANY
INQUIRIES TO:  505-348-2320