IN THE UNITED STATES DISTRICT COURT
FOR DISTRICT OF NEW MEXICO



| | |
|---|---|
| Edward O'Finnegan, | CIVIL ACTION |
| Plaintiff, ProSe' | NUMBER 2010-CV-965 |
| -versus- | JUDGE WJ / LFG |
| CAPITAL ONE AUTO FINANCE, | TRIAL BY JURY DEMANDED |
| Defendant | CIVIL RIGHTS ISSUE |

## ANSWER TO COUNTERCLAIM

NOW COMES the Plaintiff, Edward O'Finnegan, ProSe, and replies to Defendant's Counterclaim, as follows:

1. Plaintiff admits paragraphs 1 – 6.

2. Plaintiff denies paragraphs 7 – 8, in that Plaintiff demanded verification of the debt, and none was provided. Until the debt is proven, contract is unenforceable and plaintiff is under no obligation to pay.

3. Plaintiff lacks sufficient information and therefor denies paragraph 9.

4. Paragraph 10 is a statement referencing previous paragraphs.

5. Plaintiff denies paragraphs 11 – 14, in that contract is invalid and unenforceable.

WHEREFORE, Plaintiff prays that the Counterclaim be dismissed, with costs.

*Edward O'Finnegan*

Edward O'Finnegan, Plaintiff ProSe'
1014 Washington St SE
Albuquerque, NM 87108

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the forgoing document has been served upon the Defendants Attorneys Stan N. Harris of Modrall Sperling, and Kevin D. Quigley and John Craiger of Quarles & Brady LLP, through the Courts electronic CM/ECF system, on or about the date of this filing with the Court Clerk.

*Edward O'Finnegan*

Edward O'Finnegan, Plaintiff ProSe'
1014 Washington St SE
Albuquerque, NM 87108