IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

EDWARD O'FINNEGAN,

    Plaintiff,

v.        No. 10-CIV-965 WJ/LFG

CAPITOL ONE AUTO FINANCE, INC.

    Defendant,

CAPITAL ONE AUTO FINANCE,

    Counterclaimant,

v.

EDWARD O'FINNEGAN,

    Counterdefendant.

## CERTIFICATE OF SERVICE

    WE HEREBY CERTIFY that Capital One Auto Finance, Inc.'s Answers to Edward O'Finnegan's Interrogatories and Capital One Auto Finance, Inc.'s Responses to Edward O'Finnegan's Request for Production of Documents were served by the office of Quarles & Brady LLP, One Renaissance Square, Two North Central Avenue, Phoenix, AZ 85004 by first-class mail upon Plaintiff Pro Se, Edward O'Finnegan, 1014 Washington Street, SE, Albuquerque, NM 87108, this 16th day of May, 2011.

QUARLES & BRADY LLP
Kevin D. Quigley (kquigley@quarles.com)
John Craiger (jcraiger@quarles.com)
One Renaissance Square
Two North Central Avenue
Phoenix, AZ 85004
(602) 229-5200
Fax (602) 229-5690

and

MODRALL SPERLING ROEHL
 HARRIS & SISK, P.A.

*Electronically Filed*

By      /s/ Stan N. Harris, Attorney at Law
Stan N. Harris (sharris@modrall.com)
P. O. Box 2168
Albuquerque, NM 87103
(505) 848-1800
Fax (505) 449-2006

**ATTORNEYS FOR DEFENDANT AND COUNTERCLAIM CAPITAL ONE AUTO FINANCE, INC.**

I HEREBY CERTIFY that on the 16th day of May, 2011, I filed the foregoing electronically through the CM/ECF system.

AND I FURTHER CERTIFY that on such date I served the foregoing on the following non-CM/ECF Participant via first-class mail, postage prepaid addressed as follows:

Edward O'Finnegan
1014 Washington Street, SE
Albuquerque, NM 87108

2

MODRALL SPERLING ROEHL
 HARRIS & SISK, P.A.


By  /s/ Stan N. Harris
Stan N. Harris
Attorneys for Defendant Capital
 One Auto Finance, Inc.


K:\dox\client\82981\0007\W1464553.DOC