IN THE UNITED STATES DISTRICT COURT
FOR DISTRICT OF NEW MEXICO



| | |
|---|---|
| Edward O'Finnegan, | CIVIL ACTION |
| Plaintiff, ProSe' | NUMBER 2010-CV-965 |
| -versus- | JUDGE WJ / LFG |
| CAPITAL ONE AUTO FINANCE, | TRIAL BY JURY DEMANDED |
| Defendant | |

## CERTIFICATE OF SERVICE

I, the Plaintiff, Edward O'Finnegan, Pro Se, does hereby certify that a copy of the Plaintiff's Answer to Defendants Admissions, Plaintiff's Answer to Defendants Interrogatories, and Plaintiff's Answer to Defendants Request for Production of Documents, was sent to the Defendant, Capital One Auto Finance, through their attorneys of record Stan Harris, Modrall Sperling, 500 Fourth St NW, Suite 1000, Albuquerque, NM 87102, and John Craiger and Kevin D. Quigley, Quarles & Brady LLP, Two North Central Ave, Phoenix, AZ 85004 for the purpose of satisfying the requirement for Notice and Service and was sent via USPS First Class Mail pursuant to Federal Rules of Civil Procedure. These were sent on 10th May 2011.

Edward O'Finnegan

Edward O'Finnegan, Plaintiff Pro Se
1014 Washington St SE
Albuquerque, NM 87108

Edward O'Finnegan
1014 Washington St SE
Albuquerque, NM 87108

87102+2274

Clerk of Court
U.S. District Court
District of New Mexico
333 Lomas Blvd NW
Albuquerque, NM 87102

RECEIVED
At Albuquerque NM
MAY 24 2011
MATTHEW J. DYKMAN
CLERK

