UNITED STATES DISTRICT COURT
333 Lomas Blvd., N.W. - Suite 680
Albuquerque, New Mexico  87102

LORENZO F. GARCIA                                                                                         505-348-2320
United States Magistrate Judge                                                                      FAX: 348-2324

June 13, 2011


RE:     **CIV 10-965 WJ/LFG  -  *O'Finnegan v. Capital One Auto Finance***


A Rule 16 settlement conference was conducted in the above matter by Magistrate Judge Lorenzo F. Garcia on <u>Monday, June 13, 2011</u>, beginning at <u>9:00</u>.  The case settled.


PLAINTIFF:              Edward O'Finnegan, *pro se*

FOR DEFENDANT:    Lori Dynneson, Area Sales Manager
Counsel:                    John Craiger, Esq.